UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 13-80117-CR-MARRA/MATTHEWMAN

Case No._____

18 USC § 922(g)(1)
18 USC § 924(c)
18 USC § 924(d)
21 USC § 841(a)(1)
28 USC § 2461

FILED by KZ D.C.
ELECTRONIC

May 21, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE G. NUNEZ,
a/k/a, "Gordo,"

        Defendant.
_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

From at least as early as on or about March 20, 2013, through on or about April 3, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOSE G. NUNEZ,**
**a/k/a "Gordo,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and one or more rounds of

ammunition, in and affecting commerce, to wit, a Jimenez Arms, Model J.A. Nine, 9 mm caliber semi-automatic pistol, and approximately eight (8) rounds of Remington 9 mm caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about April 3, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOSE G. NUNEZ,**
**a/k/a, "Gordo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

## COUNT 3

On or about April 3, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOSE G. NUNEZ,**
**a/k/a, "Gordo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section

841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Hydrocodone, a Schedule III Controlled Substance.

## COUNT 4

On or about April 3, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOSE G. NUNEZ,**
**a/k/a, "Gordo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Hydromorphone, a Schedule II Controlled Substance.

## COUNT 5

On or about April 3, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOSE G. NUNEZ,**
**a/k/a, "Gordo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Alprazolam, a Schedule IV Controlled Substance.

## COUNT 6

On or about April 3, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOSE G. NUNEZ,
a/k/a, "Gordo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Morphine, a Schedule I Controlled Substance.

## COUNT 7

On or about April 3, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**JOSE G. NUNEZ,
a/k/a, "Gordo,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(D), that the controlled substance was in fact a mixture and substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance.

## COUNT 8

On or about April 3, 2013, in Palm Beach County, in the Southern District of Florida,

the defendant,

**JOSE G. NUNEZ,
a/k/a, "Gordo,"**

did knowingly possess a firearm, that is, a Jimenez Arms, Model J.A. Nine, 9 mm caliber semi-automatic pistol, in furtherance of a drug trafficking crime as set forth in Counts 2 - 7, above, for which the defendant may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## CRIMINAL FORFEITURE

Upon conviction of the violation alleged in Count 1 of this Indictment, the defendant

**JOSE G. NUNEZ,
a/k/a, "Gordo,"**

shall forfeit to the United States any firearm involved or used in the violation, to wit: a Jimenez Arms, Model J.A. Nine, 9 mm caliber semi-automatic pistol, and approximately eight (8) rounds of Remington 9 mm caliber ammunition, as referenced in Count 1 of this Indictment.

Pursuant to Title 28, United States Code, Section 2461; Title 18, United States

Code, Section 924(d); and the procedures outlines at Title 21, United States Code, Section 853.

                A TRUE BILL:

                _____
                FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOSE G. NUNEZ, a/k/a "Gordo,"

          **Defendant.**
_____/

CASE NO. 13-80117-CR-MARRA/MATTHEWMAN

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

New Defendant(s)    Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)          (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes: Magistrate Case No.   13-8226-JMH
   Related Miscellaneous numbers:   n/a
   Defendant(s) in federal custody as of   05-07-2013
   Defendant(s) in state custody as of   04-03-2013
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

\*Penalty Sheet(s) attached            REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name:  JOSE G. NUNEZ

Case No.  13-80117-CR- MARRA / MATTHEWMAN

Count # 1:
18 USC §§ 922(g)(1) and 924(a)(2)

Felon in Possession of Firearm and Ammunition

*Max. Penalty: 0-10 Years' Imprisonment; $250,000 Fine; 0-3 years' supervised release

Counts #2-6:
21 USC §§ 841(a)(1), 841(b)(1)(C)

Possession with Intent to Distribute a Controlled Substance

*Max. Penalty: 0-20 Years' Imprisonment; $1,000,000 Fine; 3 years' to life supervised release

Count #7:
21 USC §§ 841(a)(1), 841(b)(1)(D)

Possession with Intent to Distribute a Controlled Substance

*Max. Penalty: 0-5 Years' Imprisonment; $250,000 Fine; 2 years' to life supervised release

Count #8:
18 USC § 924(c)(1)(A)

Possession of a Firearm in Furtherance of Drug Trafficking Crime

*Max. Penalty: 5 Years' consecutive to any penalty imposed in Cts. 2-7 to life imprisonment; $250,000 Fine; 0-3 years' supervised release

Count :

*Max. Penalty:

 **\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-80117-CR-MARRA/MATTHEWMAN

### BOND RECOMMENDATION

DEFENDANT: Jose G. Nunez

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _[signature]_
AUSA: John C. McMillan, Jr

Last Known Address: _____

What Facility: Palm Beach County Jail

Agent(s): ATF TFO Rick Silva
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)